TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00628-CV

U-Haul Company of Texas, Appellant

v.

Mike Miller, Appellee

FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY

NO. 236,024, HONORABLE J. DAVID PHILLIPS, JUDGE PRESIDING 

PER CURIAM

 The parties to this appeal have reached an agreement to settle this cause and have
filed a joint motion to reverse and remand the trial-court judgment made subject of this appeal. 
In addition, the parties have also filed a joint motion requesting that this Court expedite issuance
of mandate in this cause. The motions are granted.

 The judgment of the trial court is hereby reversed and remanded for further
proceedings to effectuate the terms of the settlement between the parties. Expedited issuance of
the mandate will be forthcoming to avoid further delay. See Tex. R. App. P. 18.1(c).

Before Justices Powers, Aboussie and B. A. Smith

Reversed and Remanded on Joint Motion

Filed: January 8, 1998

Do Not Publish